IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Kirkendall, Joan M | Case Number:  06 B 09074 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/17/09 | Filed:  7/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: February 12, 2009
Confirmed:  October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,170.18 | |
| Secured: | | 401.00 |
| Unsecured: | | 337.59 |
| Priority: | | 0.00 |
| Administrative: | | 3,203.50 |
| Trustee Fee: | | 228.09 |
| Other Funds: | | 0.00 |
| Totals: | 4,170.18 | 4,170.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,478.50 | 2,478.50 |
| 2. | Robert J Semrad & Associates | Administrative | 725.00 | 725.00 |
| 3. | Village Of Bellwood | Secured | 401.00 | 401.00 |
| 4. | NCO Financial Services Inc | Unsecured | 94.40 | 94.40 |
| 5. | Premier Bankcard | Unsecured | 41.99 | 41.99 |
| 6. | Nicor Gas | Unsecured | 128.28 | 128.28 |
| 7. | AmeriCash Loans, LLC | Unsecured | 47.92 | 47.92 |
| 8. | MCSI | Unsecured | 25.00 | 25.00 |
| 9. | AFNI | Unsecured | | No Claim Filed |
| 10. | Direct Tv | Unsecured | | No Claim Filed |
| 11. | Allied Interstate | Unsecured | | No Claim Filed |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | Cash Net | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Credit Management Service | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | M3 Financial Services | Unsecured | | No Claim Filed |
| 21. | I C Systems Inc | Unsecured | | No Claim Filed |
| 22. | First Premier | Unsecured | | No Claim Filed |
| 23. | First Premier | Unsecured | | No Claim Filed |
| 24. | US Cellular | Unsecured | | No Claim Filed |
| 25. | F & W LLC | Unsecured | | No Claim Filed |
| 26. | T Mobile USA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Kirkendall, Joan M | Case Number: 06 B 09074 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 02/17/09 | Filed: 7/28/06 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Title Lenders | Unsecured |  | No Claim Filed |
|  |  | $ 3,942.09 | $ 3,942.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 28.80 |
| 5.4% | 161.39 |
| 6.5% | 31.29 |
| 6.6% | 6.61 |
|  | $ 228.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Marshall*